Linda M. Lawson (Bar No. 77130)
LLawson@mmhllp.com
Allison Vana (Bar No. 228282)
AVana@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Plaintiff
UNION SECURITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION SECURITY INSURANCE COMPANY, a Kansas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARK A. BOSWELL, an individual; HEATHER SCHAEFFER, an individual; CRYSTAL SCHAEFFER, an individual and as guardian of JS; ASHLEY SCHAEFFER, an individual; KERRY SCHAEFFER, an individual; and JS, a minor, by and through his guardian CRYSTAL SCHAEFFER,<br><br>Defendants. | Case No. CV 09-07724 DMG (CWx)<br><br>ORDER PURSUANT TO STIPULATION RE: DISCHARGE AND DISMISSAL OF UNION SECURITY INSURANCE COMPANY AND PERMANENT INJUNCTION [29] |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED:

1.   That UNION SECURITY INSURANCE COMPANY ("USIC") be discharged from this action and released from further liability and responsibility to any and all of the Defendants named herein in relation to Policy number G4018394 (the "Policy") and/or any proceeds payable under the Policy;

2.   Eighty Thousand Dollars ($80,000.00), plus applicable interest, represents the total and complete death benefit proceeds payable under the Policy,

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

112025.1                                   1

Case No.  CV 09-07724 DMG (CWx)
[PROPOSED] ORDER
PURSUANT TO STIPULATION RE:
DISCHARGE AND DISMISSAL

1  and constitutes all of the funds that are now due and owing under the terms of the
2  Policy issued by USIC and insuring the life of the Insured.

3     3. The Complaint in Interpleader is properly before this Court and that it
4  was brought and filed by USIC in good faith and without collusion with any of the
5  Defendants.

6     4. USIC and its owners, shareholders, partners, officers, directors,
7  employees, agents, general agents, legal representatives, predecessors, successors,
8  assignees, parent corporations, subsidiaries, affiliates, attorneys, re-insurers, and
9  insurers shall be, and hereby are, dismissed from this action with prejudice and
10 forever discharge from any and all further liability of any kind to each of the
11 Defendants in this action, and any other persons or entities whether claiming by,
12 through, or under any said individuals, arising out of or in any way connected with
13 the Policy, the Proceeds payable under the Policy, this interpleader action and/or the
14 facts set forth therein.

15    5. That Defendants, and each of them, be permanently enjoined from
16 instituting or prosecuting, or further asserting any claim, suit or proceeding or any
17 action or actions in any state court or federal court against USIC or any of its
18 owners, officers, directors, employees, representatives, or attorneys relating to or on
19 account of the filing of this action, the Policy which is the subject of this action, or
20 any and all benefits payable pursuant to the Policy; and

21    6. That the Clerk of the Court disburse to Crystal Schaeffer, Kerry
22 Schaeffer, Heather Schaeffer, Ashley Schaeffer, J.S. and Robert S. Kilborne IV,
23 their attorney, the sums that are on deposit with the Court.

24

25    IT IS SO ORDERED.
26 Dated: September 15, 2010
27                                                    Hon. Dolly M. Gee
                                                   United States District Judge
28       CC:FISCAL

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

112025.1

2

Case No. CV 09-07724 DMG (CWx)
[PROPOSED] ORDER
PURSUANT TO STIPULATION RE:
DISCHARGE AND DISMISSAL